(82 Misc. Rep. 384.)

## WILLIAM BERNARD, Inc., v. COWEN.

(Supreme Court, Appellate Term, First Department. October 23, 1913.)

COSTS (§ 274*)—MODE OF COLLECTION—COSTS OF MOTIONS.

Costs upon a motion not disposing of the merits of a cause, even though awarded by the Appellate Division, are interlocutory, and not enforceable against real property or by supplementary proceedings, under Code Civ. Proc. § 779, authorizing execution for such costs against personal property only.

[Ed. Note.—For other cases, see Costs, Cent. Dig. § 1043; Dec. Dig. § 274.*]

Appeal from City Court of New York, Special Term.

Action by William Bernard, Incorporated, against Bernard Cowen. From an order of the City Court, denying motion to vacate an order for defendant's examination in supplementary proceedings for· the collection of an award of costs made by the Appellate Term (80 Misc. Rep. 394, 141 N. Y. Supp. 252), in granting an interlocutory motion, the defendant appeals. Order reversed.

Argued October term, 1913, before SEABURY, GUY, and BIJUR, JJ.

Emanuel Tepper, of New York City, for appellant.
Robert L. Turk, of New York City, for respondent.

GUY, J. Costs upon a motion, not disposing of the merits of a cause, even though awarded by an order of the Appellate Division, are deemed interlocutory, and are not enforceable against real property or by supplementary proceedings. Code Civ. Proc. § 779; Pettis v. Schwartz, 139 App. Div. 904, 123 N. Y. Supp. 1137; In re Stoddard, 128 App. Div. 759, 113 N. Y. Supp. 157; Seabury, City Court Practice, pp. 1096, 1097.

Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. All concur.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes